## APPEALS FROM SUPREME COURT OF NORTH CAROLINA

IN THE SUPREME COURT OF THE UNITED STATES

### OCTOBER TERM, 1922

American Trust Company, Plaintiff in Error, v. McNinch. Dismissed for want of jurisdiction, on 5 March, 1923.

Farmers and Merchants Bank of Monroe, Petitioner, v. Federal Reserve Bank of Richmond, Va. Reversed, 11 June, 1923.

Norfolk Southern Railroad Company, Petitioner, v. Gordon. Petition denied, 12 March, 1923.

### OCTOBER TERM, 1923

Southern Express Company, Petitioner, v. Parke-Cramer Company. Petition denied, on 7 January, 1924.

Davis, Director General, Petitioner, v. Barbee. Petition denied, 10 March, 1924.

Greensboro Warehouse and Storage Company, Petitioner, v. Davis, Director General. Petition denied, 14 April, 1923.

### OCTOBER TERM, 1924

Southern Railway Company, Plaintiff in Error, v. City of Durham. Pending.

Yadkin Railroad Company, Petitioner, v. Sigmon. Pending.

Seaboard Air Line Railway Company, Plaintiff in Error, v. Belshe. Pending.

Rhode Island Hospital Trust Company, Executor, Plaintiff in Error, v. Doughton, Commissioner of Revenue of North Carolina. Pending.